UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 24-00066 |
| E-DONG, U.S.A., INC., | ) ) ) | |
| Defendant, | ) ) | |

## **ENTRY OF DEFAULT**

Defendant, E-Dong, U.S.A., Inc., has failed to plead or otherwise respond by motion to plaintiff's complaint within the time allowed by law in this action to collect unpaid customs duties, taxes and fees pursuant to 19 U.S.C. § 1592(d), accrued interest pursuant to 19 U.S.C. §§ 1505 and 1677g, and additional pre- and post-judgment interest thereon.  Upon application of the plaintiff, and in light of the previously filed proof of service of the summons and complaint, it is hereby

ORDERED, that default is entered against defendant, E-Dong, U.S.A., Inc.

Clerk of the Court
U.S. Court of International Trade

Dated: _____    By: _____
                                          Deputy Clerk

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| UNITED STATES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Court No. 24-00066 |
| E-DONG, U.S.A., INC., | ) ) ) |
| Defendant, | ) ) ) |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Pursuant to USCIT Rule 55(a), plaintiff, the United States, respectfully requests that the Clerk enter default against defendant E-Dong, U.S.A., Inc. (E-Dong, U.S.A.).

On March 28, 2024, the United States filed the summons and complaint in this matter. *See* ECF Nos. 1, 4.  On October 12, 2024, the United States caused E-Dong, U.S.A. to be deemed served pursuant to California law.  *See* ECF No. 10 (affidavit of service).  Service of the complaint started the clock on E-Dong, U.S.A.'s obligation to answer or otherwise respond to the complaint within 21 days, that is, no later than November 2, 2024.  *See* USCIT R. 12(a)(1)(B)(i).  To date, E-Dong, U.S.A. has not served on the United States an answer or other response to the complaint.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as prescribed by these rules . . . , the clerk shall enter the party's default." USCIT R. 55(a).  Because E-Dong, U.S.A. has failed to answer the complaint or otherwise defend in this action, default should be entered.

For these reasons, we respectfully request that the Clerk of the Court enter the default of defendant, E-Dong, U.S.A., Inc.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

OF COUNSEL:
JENNIFER FELDMAN
Office of the Assistant Chief Counsel
U.S. Customs and Border Protection

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0315
Email: Collin.T.Mathias@usdoj.gov

November 22, 2024

*Attorneys for Plaintiff United States*

2